52 F.3d 309
NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
 UNITED STATES, Appellee,
v.
Radames Cabrera MEDINA, Defendant, Appellant.
 No. 94-2030.
 United States Court of Appeals,
First Circuit.
 April 14, 1995.
 
 Maria H. Sandoval on brief for appellant.
 Guillermo Gil, United States Attorney, Warren Vazquez, Assistant United States Attorney, and Jos e A. Quiles-Espinosa, Senior Litigation Counsel, on brief for appellee.
 Before TORRUELLA, Chief Judge, SEYLA and STAHL, Circuit Judges.
 Per Curiam.
 
 
 1
 We reject appellant's arguments and affirm the judgment below for the reasons stated in United States v. Rodriguez, 26 F.3d 4, 7-8 (1st Cir. 1994); United States v. Troncoso, 23 F.3d 612, 615 (1st Cir. 1994), cert. denied, 115 S.Ct. 912 (1995); and United States v. Perez- Torres, 15 F.3d 403, 407 (5th Cir.), cert. denied, 115 S.Ct. 125 (1994).
 
 
 2
 Affirmed.